UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

ALMOND J. RICHARDSON

VERSUS                              CIVIL ACTION NO.: 10-149-JVP-CN

KENNETH HUBER, ET AL

# RULING

The court, having carefully considered the complaint, the record, the law applicable to this action, and the Report and Recommendation of United States Magistrate Judge Christine Noland dated April 22, 2010, to which no objection has been filed, hereby approves the report and recommendation of the magistrate judge and adopts it as the court's opinion.

Accordingly, plaintiff's action shall be **DISMISSED** as frivolous and for failure to state a claim upon which relief may be granted pursuant to 28 U.S.C. § 1915(e).

Judgment shall be entered accordingly.

Baton Rouge, Louisiana, June 23, 2010.

JAMES J. BRADY
UNITED STATES DISTRICT JUDGE
MIDDLE DISTRICT OF LOUISIANA